Honorable Monica J. Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR06-198 RSL |
| Plaintiff, | ) | |
| v. | ) | [~~Proposed~~] ORDER ACCEPTING WAIVER OF ARRAIGNMENT BY DEFENDANT JESUS PEREZ |
| JESUS PEREZ, | ) | |
| Defendant. | ) | |

THIS MATTER COMES BEFORE THE COURT on the Defendant Perez's *Motion to Waive Arraignment*. The Court has carefully considered the pleadings submitted, hereby GRANTS the defendant's motion.

IT IS HEREBY ORDERED that Mr. Perez's Waiver of Arraignment is accepted.

DATED this 26 day of June, 2006.

Honorable Monica J. Benton
United States Magistrate Judge

06-CR-00198-ORD

SCOTT J. ENGELHARD
320 Maynard Building
119 First Avenue South
Seattle, Washington 98104

## CERTIFICATION OF SERVICE

I hereby certify that on the date provided below, I filed the foregoing with the Clerk of the Court and the Plaintiff using the CM/ECF system.

Respectfully submitted this 22nd day of June, 2006,

s/ *Scott J. Engelhard*
SCOTT J. ENGELHARD, WSBA #13963
Attorney for Defendant

Order - 2

SCOTT J. ENGELHARD
320 Maynard Building
119 First Avenue South
Seattle, Washington 98104